| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys At Law<br>7 Glenwood Avenue, Suite 311B<br>East Orange, NJ 07017<br>(973) 677-9000<br><br>DAVID G. BESLOW, Esq., #DGB-5300 | Case No.: 21-14197<br><br>Chapter: 13 |
| In Re:<br><br>Marquis Quewon Dwah | Adv. No.: Click or tap here to enter text.<br><br>Hearing Date: 9/8/21 at 10:00 am<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Melanie Emanuele:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for David G. Beslow, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On   July 29, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Order Respecting Amendment to Schedule D
    - Notice of Bankruptcy Filing
    - Notice of Confirmation Hearing
    - Chapter 13 Plan
    - Certification of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  7/29/21                                               /s/Melanie Emanuele

Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Trustee<br>CN4853, Suite 101<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Canterbury at Piscataway, C.A.<br>c/o Towne & Country<br>711 Sycamore Avenue<br>Red Bank, NJ 07701 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other Electronically<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marquis Dwah<br>227 Bexley Lane<br>Piscataway, NJ 08854 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronically<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | Click or tap here to enter text. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Electronic Filing<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Federal Express<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |