Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 21−14197−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marquis Quewon Dwah
   227 Bexley Lane
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−1422

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 05/20/2021 and a confirmation hearing on such Plan has been scheduled for 08/11/2021.

The debtor filed a Modified Plan on 07/27/2021 and a confirmation hearing on the Modified Plan is scheduled for 09/08/2021@10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 28, 2021
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 21-14197-MBK |
| Marquis Quewon Dwah | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jul 28, 2021 | Form ID: 186 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquis Quewon Dwah, 227 Bexley Lane, Piscataway, NJ 08854-2183 |
| 519216855 | | Atlantic Health System, PO BOx 21385, New York, NY 10087-1385 |
| 519216856 | | BCA Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519216863 | + | CENLAR/Central Loan, Po Box 77404, Ewing, NJ 08628-6404 |
| 519216866 | ++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310 address filed with court:, Chrysler Credit Financial, P.O. Box 8065, Royal Oak, MI 48068 |
| 519271036 | + | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216864 | + | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 519216865 | + | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519216868 | + | Chrysler Financial, P.O. Box 9218, Farmington Hills, MI 48333-9218 |
| 519216873 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519216874 | + | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519216876 | + | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519216875 | + | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519216877 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216881 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216887 | + | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519216890 | + | Hackensack Meridian Health, PO Box 48028, Newark, NJ 07101-4828 |
| 519216889 | + | Hackensack Meridian Health, 343 Thornall Street, Edison, NJ 08837-2206 |
| 519216891 | + | Hackensack Meridian Urgent Care, 484 Temple Hill Road, Suite 104, New Windsor, NY 12553-5529 |
| 519216894 | + | Kessler Professional Services, P.O. Box 827832, Philadelphia, PA 19182-7832 |
| 519216893 | + | Kessler c/o, AR Resources, PO Box 1056, Blue Bell, PA 19422-0287 |
| 519216897 | + | PrimeLending, Attn: Bankruptcy, 18111 Preston Rd, Ste 900, Dallas, TX 75252-6601 |
| 519216898 | | PrimeLending, Servicing Department, Dallas, TX 75252 |
| 519216901 | | Robert Wood Johnson Health Network, P.O. Box 251, South Amboy, NJ 08879-0251 |
| 519216903 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519216904 | + | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519216913 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519216914 | | Summit Medical Grouip, Business Office Admin., 150 Floral Avenue, Moonachie, NJ 07074 |
| 519216916 | + | Summit Medical Group, P.O. Box 416785, Boston, MA 02241-6785 |
| 519216915 | + | Summit Medical Group, P.O. Box 167, Newark, NJ 07101-0167 |
| 519216917 | | Summit Medical Group, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 519216922 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519216923 | + | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519216924 | | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519216925 | + | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519216926 | + | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519216929 | + | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519231639 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519216933 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |
| 519216932 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0312-3 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 186 | | Total Noticed: 64 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519216857 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 20:29:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216860 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 28 2021 20:29:01 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519244883 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 28 2021 20:28:57 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519216872 | Email/Text: mrdiscen@discover.com | Jul 28 2021 20:23:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519222910 | Email/Text: mrdiscen@discover.com | Jul 28 2021 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519216871 | + Email/Text: mrdiscen@discover.com | Jul 28 2021 20:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519263951 | Email/Text: cashiering-administrationservices@flagstar.com | Jul 28 2021 20:24:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519216885 | + Email/Text: cashiering-administrationservices@flagstar.com | Jul 28 2021 20:24:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216886 | + Email/Text: cashiering-administrationservices@flagstar.com | Jul 28 2021 20:24:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216892 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 28 2021 20:24:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519216895 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Jul 28 2021 20:24:00 | Kessler Professional Services, 300 Market Street, Saddle Brook, NJ 07663-5318 |
| 519216896 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Jul 28 2021 20:24:00 | Kessler Rehabilitation Hospital, P.O. Box 827914, Philadelphia, PA 19182-7914 |
| 519254303 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2021 20:28:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519216899 | + Email/Text: rwjebn@rwjbh.org | Jul 28 2021 20:24:00 | Robert Wood Johnson, 1 Robertwood Johnson Place, P.O. Box 2501, New Brunswick, NJ 08901-1966 |
| 519216900 | + Email/Text: rwjebn@rwjbh.org | Jul 28 2021 20:24:00 | Robert Wood Johnson, 379 Campus Drive, 2nd Floor, Somerset, NJ 08873-1161 |
| 519216902 | + Email/Text: rwjebn@rwjbh.org | Jul 28 2021 20:24:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 519216905 | + Email/Text: clientservices@simonsagency.com | Jul 28 2021 20:24:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216909 | + Email/Text: clientservices@simonsagency.com | Jul 28 2021 20:24:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216919 | + Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 20:28:47 | Syncb/hdceap, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519216918 | + Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 20:28:53 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519216920 | + Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 20:28:47 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519216921 | + Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 20:28:53 | Synchrony Bank/PC Richards & Sons, C/o Po Box |

Case 21-14197-MBK    Doc 24    Filed 07/30/21    Entered 07/31/21 00:12:26    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 186 | Total Noticed: 64 |

965036, Orlando, FL 32896-0001

TOTAL: 24

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216870 | *P++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310, address filed with court:, Chrysler Financial, 400 Horsham Road, Horsham, PA 19044 |
| 519216869 | *P++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310, address filed with court:, Chrysler Financial, Attention: Bankruptcy, P.O. Box 860, Roanoke, TX 76262 |
| 519216867 | *P++ | CHRYSLER FINANCIAL, 27777 INKSTER RD, FARMINGTON HILLS MI 48334-5310, address filed with court:, Chrysler Financial, P.O. Box 9001921, Louisville, KY 40290 |
| 519271037 | *+ | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216858 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216859 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216861 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216862 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216878 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216879 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216880 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216882 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216883 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216884 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216888 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519216906 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216907 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216908 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216910 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216911 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216912 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216930 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216931 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216927 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519216928 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: 186 | Total Noticed: 64 |

| | |
|---|---|
| David G. Beslow | on behalf of Debtor Marquis Quewon Dwah yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4