UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

GOLDMAN & BESLOW, LLC
Attorneys At Law
7 Glenwood Avenue, Suite 311B
East Orange, NJ 07017
(973) 677-9000

David G. Beslow, Esq., #DGB-5300

In Re:

MARQUIS QUEWON DWAH

| | |
|---|---|
| Case No.: | 21-14197 |
| Chapter: | 13 |
| Adv. No.: | Click or tap here to enter text. |
| Hearing Date: | Click or tap here to enter text. |
| Judge: | MBK |

## CERTIFICATION OF SERVICE

1. I, Yamis Rodriguez:

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for David G. Beslow, who represents Debtor in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On   September 10, 2021  , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    -Application for Extension or Early Termination of Loss Mitigation Period
    -Proposed Order
    -Certificate of Service

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   9/10/21

/s/Yamis Rodriguez
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Denise Carlon Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106 | Attorney for mortgagee | ☐ Hand-delivered<br>x Regular mail<br>☐ Certified mail/RR<br>☒ Other Electronically Mailed<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☒ Regular mail<br>☒ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Click or tap here to enter text. | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other Click or tap here to enter text.<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |