Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>Case No.: 21−14197−MBK
>Chapter: 13
>Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marquis Quewon Dwah
   227 Bexley Lane
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−1422

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/23/22 at 09:00 AM

to consider and act upon the following:

*46* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/19/2022. (Attachments: # 1 Proposed Order) (Russo, Albert)


Dated: 1/19/22

>Jeanne Naughton
>Clerk, U.S. Bankruptcy Court