| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 21-14197 / MBK**

Marquis Quewon Dwah

Petition Filed Date: 05/20/2021
341 Hearing Date: 06/17/2021
Confirmation Date: 09/08/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/18/2021 | $400.00 | 77507040 | 07/12/2021 | $400.00 | 77974950 | 08/04/2021 | $200.00 | 78584540 |
| 08/27/2021 | $201.00 | 79049040 | 10/01/2021 | $400.00 | 79792440 | 10/15/2021 | $225.00 | 80130810 |
| 11/03/2021 | $220.00 | 80595150 | 11/08/2021 | ($220.00) | 80595150 | 01/27/2022 | $1,000.00 | 27729690131 |
| 01/27/2022 | $200.00 | 27729690142 | 01/27/2022 | $174.00 | 27859510934 | | | |

**Total Receipts for the Period:  $3,200.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Marquis Quewon Dwah | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | DAVID G BESLOW, ESQ<br>»»  ATTY DISCLOSURE/ORDER 10/14/21 | Attorney Fees | $3,945.14 | $1,679.41 | $2,265.73 |
| 1 | DISCOVER BANK | Unsecured Creditors | $12,235.92 | $0.00 | $12,235.92 |
| 2 | Wells Fargo Bank, NA<br>»»  VALUE CITY FURNITURE | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 3 | Wells Fargo Bank, NA<br>»»  VALUE CITY FURNITURE | Unsecured Creditors | $974.66 | $0.00 | $974.66 |
| 4 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,980.07 | $0.00 | $1,980.07 |
| 5 | LVNV FUNDING LLC<br>»»  CAPITAL ONE/VENTUREONE | Unsecured Creditors | $5,036.09 | $0.00 | $5,036.09 |
| 6 | LAKEVIEW LOAN SERVICING LLC<br>»»  P/227 BEXLEY LANE/1ST MTG/LOAN MOD OR 1/12/22 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 7 | TOYOTA MOTOR CREDIT CORP<br>»»  2021 TOYOTA VENZA | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | SELECT MEDICAL | Unsecured Creditors | $278.59 | $0.00 | $278.59 |
| 9 | CANTERBURY AT PISCATAWAY CONDO ASSOC.<br>»»  227 BEXLEY LN/ASSOC LIEN | Secured Creditors<br>Hold Funds: Late Filed Claim | $690.00 | $0.00 | $690.00 |

**Chapter 13 Case No. 21-14197 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/3/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,200.00 | Plan Balance: | $20,800.00 ** |
| Paid to Claims: | $1,679.41 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $262.01 | Arrearages: | $400.00 |
| Funds on Hand: | $1,258.58 | Total Plan Base: | $24,000.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.