

Money Order 1:
- Serial Number: 27917935525
- Pay to: Albert Russo Chapter 13 Trustee
- Date: 2022-02-22
- Amount: $400.00
- From: Marquis Dvah, 227 Bexley Lane, Piscataway, NJ 08854
- Clerk: 15

Money Order 2:
- Serial Number: 27917935536
- Pay to: Albert Russo Chapter 13 Trustee
- Date: 2022-02-22
- Amount: $400.00
- From: Marquis Dvah, 227 Bexley Lane, Piscataway, NJ 08854
- Clerk: 15

MAXIMUM VALUE ONE THOUSAND DOLLARS

ENDORSEMENT SIGNATURE

WARNING–CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

MAXIMUM VALUE ONE THOUSAND DOLLARS

ENDORSEMENT SIGNATURE

WARNING–CASHIER
REQUIRE POSITIVE IDENTIFICATION
HOLD TO LIGHT AND CHECK FOR
BENJAMIN FRANKLIN WATERMARK AND SECURITY THREAD.

NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS