Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  21−14197−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marquis Quewon Dwah
  227 Bexley Lane
  Piscataway, NJ 08854

Social Security No.:
  xxx−xx−1422

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:      12/14/22
Time:      02:00 PM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
David G. Beslow, Debtor's Attorney

COMMISSION OR FEES
fee: $1,357.50

EXPENSES
expenses: $71.06

---

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☑     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows: Reduction in amount of pro rata distribution to unsecured
creditors

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date.
Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 14, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 21-14197-MBK

Marquis Quewon Dwah                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 4
Date Rcvd: Nov 14, 2022                       Form ID: 137                          Total Noticed: 70

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquis Quewon Dwah, 227 Bexley Lane, Piscataway, NJ 08854-2183 |
| 519216855 | | Atlantic Health System, PO BOx 21385, New York, NY 10087-1385 |
| 519331865 | + | Canterbury at Piscataway Condominium Association, c/o Radom & Wetter, 245 Route 22 West, Suite 102, Bridgewater, NJ 08807-2560 |
| 519271036 | + | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216864 | + | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 519216890 | + | Hackensack Meridian Health, PO Box 48028, Newark, NJ 07101-4828 |
| 519216889 | + | Hackensack Meridian Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 519216891 | + | Hackensack Meridian Urgent Care, 484 Temple Hill Road, Suite 104, New Windsor, NY 12553-5529 |
| 519216894 | + | Kessler Professional Services, P.O. Box 827832, Philadelphia, PA 19182-7832 |
| 519216893 | + | Kessler c/o, AR Resources, PO Box 1056, Blue Bell, PA 19422-0287 |
| 519216897 | + | PrimeLending, Attn: Bankruptcy, 18111 Preston Rd, Ste 900, Dallas, TX 75252-6601 |
| 519216898 | | PrimeLending, Servicing Department, Dallas, TX 75252 |
| 519216901 | | Robert Wood Johnson Health Network, P.O. Box 251, South Amboy, NJ 08879-0251 |
| 519216913 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519216914 | | Summit Medical Grouip, Business Office Admin., 150 Floral Avenue, Moonachie, NJ 07074 |
| 519216917 | | Summit Medical Group, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 519216915 | + | Summit Medical Group, P.O. Box 167, Newark, NJ 07101-0167 |
| 519216916 | + | Summit Medical Group, P.O. Box 416785, Boston, MA 02241-0001 |
| 519216932 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519216933 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 14 2022 22:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 14 2022 22:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519216856 | ^ | MEBN | Nov 14 2022 22:14:28 | BCA Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519216863 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 14 2022 22:15:00 | CENLAR/Central Loan, Po Box 77404, Ewing, NJ 08628 |
| 519216866 | | Email/Text: jaxbanko@td.com | Nov 14 2022 22:15:00 | Chrysler Credit Financial, P.O. Box 8065, Royal Oak, MI 48068 |
| 519216870 | | Email/Text: jaxbanko@td.com | Nov 14 2022 22:15:00 | Chrysler Financial, 400 Horsham Road, Horsham, PA 19044 |
| 519216869 | | Email/Text: jaxbanko@td.com | Nov 14 2022 22:15:00 | Chrysler Financial, Attention: Bankruptcy, P.O. Box 860, Roanoke, TX 76262 |
| 519216867 | | Email/Text: jaxbanko@td.com | Nov 14 2022 22:15:00 | Chrysler Financial, P.O. Box 9001921, Louisville, |

District/off: 0312-3                    User: admin                                        Page 2 of 4
Date Rcvd: Nov 14, 2022                 Form ID: 137                        Total Noticed: 70

KY 40290

| 519216857 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:24:39 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216860 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 14 2022 22:25:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519244883 | + Email/PDF: ebn_ais@aisinfo.com | Nov 14 2022 22:25:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519216865 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2022 22:16:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519216868 | + Email/Text: jaxbanko@td.com | Nov 14 2022 22:15:00 | Chrysler Financial, P.O. Box 9218, Farmington Hills, MI 48333-9218 |
| 519216872 | Email/Text: mrdiscen@discover.com | Nov 14 2022 22:15:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519222910 | Email/Text: mrdiscen@discover.com | Nov 14 2022 22:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519216871 | + Email/Text: mrdiscen@discover.com | Nov 14 2022 22:15:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519216873 | ^ MEBN | Nov 14 2022 22:13:27 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519216874 | ^ MEBN | Nov 14 2022 22:13:27 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519216875 | ^ MEBN | Nov 14 2022 22:13:16 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519216876 | ^ MEBN | Nov 14 2022 22:13:45 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519263951 | Email/Text: cashiering-administrationservices@flagstar.com | Nov 14 2022 22:16:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519216877 | + Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216881 | + Email/Text: bncnotifications@pheaa.org | Nov 14 2022 22:15:00 | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216885 | + Email/Text: cashiering-administrationservices@flagstar.com | Nov 14 2022 22:16:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216886 | + Email/Text: cashiering-administrationservices@flagstar.com | Nov 14 2022 22:16:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216887 | + Email/Text: EBNBKNOT@ford.com | Nov 14 2022 22:16:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519216892 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 14 2022 22:16:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519216895 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Nov 14 2022 22:16:00 | Kessler Professional Services, 300 Market Street, Saddle Brook, NJ 07663-5318 |
| 519216896 | + Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Nov 14 2022 22:16:00 | Kessler Rehabilitation Hospital, P.O. Box 827914, Philadelphia, PA 19182-7914 |
| 519254303 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 14 2022 22:25:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519216899 | + Email/Text: rwjebn@rwjbh.org | Nov 14 2022 22:16:00 | Robert Wood Johnson, 1 Robertwood Johnson Place, P.O. Box 2501, New Brunswick, NJ 08901-1966 |
| 519216900 | + Email/Text: rwjebn@rwjbh.org | Nov 14 2022 22:16:00 | Robert Wood Johnson, 379 Campus Drive, 2nd Floor, Somerset, NJ 08873-1161 |
| 519216902 | + Email/Text: rwjebn@rwjbh.org | Nov 14 2022 22:16:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |

| 519216903 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2022 22:16:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519216904 | + Email/Text: enotifications@santanderconsumerusa.com | Nov 14 2022 22:16:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519274792 | + Email/Text: bncmail@w-legal.com | Nov 14 2022 22:16:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519216905 | + Email/Text: clientservices@simonsagency.com | Nov 14 2022 22:16:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216909 | + Email/Text: clientservices@simonsagency.com | Nov 14 2022 22:16:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216919 | + Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:25:01 | Syncb/hdceap, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519216918 | + Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:25:01 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519216920 | + Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:25:01 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519216921 | + Email/PDF: gecsedi@recoverycorp.com | Nov 14 2022 22:24:50 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519216922 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 14 2022 22:15:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519216923 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 14 2022 22:15:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519273844 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 14 2022 22:15:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519216924 | ^ MEBN | Nov 14 2022 22:13:55 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519216925 | ^ MEBN | Nov 14 2022 22:13:59 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519216929 | + Email/Text: EDBKNotices@ecmc.org | Nov 14 2022 22:15:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216926 | + Email/Text: ECMCBKNotices@ecmc.org | Nov 14 2022 22:16:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519231639 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 14 2022 22:24:50 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| lm | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519271037 | *+ | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216858 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216859 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216861 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216862 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216878 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216879 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216880 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216882 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |

| | | |
|---|---|---|
| 519216883 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216884 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216888 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519216906 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216907 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216908 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216910 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216911 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216912 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216930 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216931 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216927 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519216928 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 11, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| David G. Beslow | on behalf of Debtor Marquis Quewon Dwah yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Mark Goldman | on behalf of Debtor Marquis Quewon Dwah yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6