| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>GOLDMAN & BESLOW, LLC<br>Attorneys at Law<br>7 Glenwood Avenue - Suite 311B<br>East Orange, New Jersey   07017<br>(973)-677-9000<br>David G. Beslow, Esq. #DGB-5300<br><br>*Attorneys for Debtor(s), Marquis Dwah* | Order Filed on December 16, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**MARQUIS DWAH,**<br><br>      Debtor | Case No.: 21-14197<br><br>Chapter:    13<br><br>Judge:    MBK |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 16, 2022**

                                                       Honorable Michael B. Kaplan
                                                     United States Bankruptcy Judge

Page:        2
Debtor(s):   Marquis Dwah
Case No.:    21-14197/MBK

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED**, that David G. Beslow, Esq., the applicant, is allowed the sum of $1,357.50 for services rendered and expenses in the amount of $ 71.06  for a total of $1,428.56 of which $.00 has already been paid and the balance of $1,428.56 shall be paid by the Chapter 13 Standing Trustee.   The allowance shall be payable:

  XX  through the Chapter 13 Plan as an administrative priority.

  ___ outside the plan.

The debtor's monthly plan is modified to require a payment of $N/A for N/A months to allow for payment of the aforesaid fee.