UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

MARQUIS QUEWON DWAH

Debtor

Case No.: 21-14197 MBK

Chapter: 13

Judge: Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled     ☐ Withdrawn

Matter: The minutes of 12/14/22 confirmation are amended to correct the tier begin date as follows: PLAN CONFIRMED $7,200 paid to date (18 mo); $400 x 18 beginning 12/1/22

Date: 12/19/22

/s/ Albert Russo
Signature
Albert Russo
Standing Chapter 13 Trustee

rev.8/1/15