Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.:  21−14197−MBK
    Chapter:  13
    Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marquis Quewon Dwah
   227 Bexley Lane
   Piscataway, NJ 08854

Social Security No.:
   xxx−xx−1422

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 19, 2022.

Dated: December 19, 2022
JAN: dmi

                                                                         Jeanne Naughton
                                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Marquis Quewon Dwah  
    Debtor

Case No. 21-14197-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Dec 19, 2022      Form ID: plncf13      Total Noticed: 70

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquis Quewon Dwah, 227 Bexley Lane, Piscataway, NJ 08854-2183 |
| 519216855 | | Atlantic Health System, PO BOx 21385, New York, NY 10087-1385 |
| 519331865 | + | Canterbury at Piscataway Condominium Association, c/o Radom & Wetter, 245 Route 22 West, Suite 102, Bridgewater, NJ 08807-2560 |
| 519271036 | + | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216864 | + | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 519216877 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216881 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216890 | + | Hackensack Meridian Health, PO Box 48028, Newark, NJ 07101-4828 |
| 519216889 | + | Hackensack Meridian Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 519216891 | + | Hackensack Meridian Urgent Care, 484 Temple Hill Road, Suite 104, New Windsor, NY 12553-5529 |
| 519216894 | + | Kessler Professional Services, P.O. Box 827832, Philadelphia, PA 19182-7832 |
| 519216893 | + | Kessler c/o, AR Resources, PO Box 1056, Blue Bell, PA 19422-0287 |
| 519216898 | | PrimeLending, Servicing Department, Dallas, TX 75252 |
| 519216897 | + | PrimeLending, Attn: Bankruptcy, 18111 Preston Rd, Ste 900, Dallas, TX 75252-6601 |
| 519216901 | | Robert Wood Johnson Health Network, P.O. Box 251, South Amboy, NJ 08879-0251 |
| 519216913 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519216914 | | Summit Medical Grouip, Business Office Admin., 150 Floral Avenue, Moonachie, NJ 07074 |
| 519216917 | | Summit Medical Group, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 519216915 | + | Summit Medical Group, P.O. Box 167, Newark, NJ 07101-0167 |
| 519216916 | + | Summit Medical Group, P.O. Box 416785, Boston, MA 02241-0001 |
| 519216932 | + | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519216933 | + | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2022 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2022 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519216856 | ^ | MEBN | Dec 19 2022 20:48:13 | BCA Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519216863 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 19 2022 20:51:00 | CENLAR/Central Loan, Po Box 77404, Ewing, NJ 08628 |
| 519216866 | | Email/Text: jaxbanko@td.com | Dec 19 2022 20:51:00 | Chrysler Credit Financial, P.O. Box 8065, Royal Oak, MI 48068 |
| 519216870 | | Email/Text: jaxbanko@td.com | Dec 19 2022 20:51:00 | Chrysler Financial, 400 Horsham Road, Horsham, PA 19044 |
| 519216869 | | Email/Text: jaxbanko@td.com | Dec 19 2022 20:51:00 | Chrysler Financial, Attention: Bankruptcy, P.O. Box 860, Roanoke, TX 76262 |

Case 21-14197-MBK    Doc 71    Filed 12/21/22    Entered 12/22/22 00:15:03    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 4 |
| Date Rcvd: Dec 19, 2022 | Form ID: plncf13 | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519216867 | | Email/Text: jaxbanko@td.com  Dec 19 2022 20:51:00 | | Chrysler Financial, P.O. Box 9001921, Louisville, KY 40290 |
| 519216857 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com  Dec 19 2022 21:01:29 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216860 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com  Dec 19 2022 21:01:09 | | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519244883 | + | Email/PDF: ebn_ais@aisinfo.com  Dec 19 2022 21:01:20 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519216865 | + | Email/Text: enotifications@santanderconsumerusa.com  Dec 19 2022 20:51:00 | | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519216868 | + | Email/Text: jaxbanko@td.com  Dec 19 2022 20:51:00 | | Chrysler Financial, P.O. Box 9218, Farmington Hills, MI 48333-9218 |
| 519216872 | | Email/Text: mrdiscen@discover.com  Dec 19 2022 20:51:00 | | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519222910 | | Email/Text: mrdiscen@discover.com  Dec 19 2022 20:51:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519216871 | + | Email/Text: mrdiscen@discover.com  Dec 19 2022 20:51:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519216873 | ^ | MEBN  Dec 19 2022 20:47:32 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519216874 | ^ | MEBN  Dec 19 2022 20:47:33 | | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519216875 | ^ | MEBN  Dec 19 2022 20:47:55 | | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519216876 | ^ | MEBN  Dec 19 2022 20:47:43 | | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519263951 | | Email/Text: cashiering-administrationservices@flagstar.com  Dec 19 2022 20:52:00 | | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519216885 | + | Email/Text: cashiering-administrationservices@flagstar.com  Dec 19 2022 20:52:00 | | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216886 | + | Email/Text: cashiering-administrationservices@flagstar.com  Dec 19 2022 20:52:00 | | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216887 | + | Email/Text: EBNBKNOT@ford.com  Dec 19 2022 20:51:00 | | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519216892 | | Email/Text: sbse.cio.bnc.mail@irs.gov  Dec 19 2022 20:51:00 | | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519216895 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com  Dec 19 2022 20:52:00 | | Kessler Professional Services, 300 Market Street, Saddle Brook, NJ 07663-5318 |
| 519216896 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com  Dec 19 2022 20:52:00 | | Kessler Rehabilitation Hospital, P.O. Box 827914, Philadelphia, PA 19182-7914 |
| 519254303 | | Email/PDF: resurgentbknotifications@resurgent.com  Dec 19 2022 21:01:23 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519216899 | + | Email/Text: rwjebn@rwjbh.org  Dec 19 2022 20:52:00 | | Robert Wood Johnson, 1 Robertwood Johnson Place, P.O. Box 2501, New Brunswick, NJ 08901-1966 |
| 519216900 | + | Email/Text: rwjebn@rwjbh.org  Dec 19 2022 20:52:00 | | Robert Wood Johnson, 379 Campus Drive, 2nd Floor, Somerset, NJ 08873-1161 |
| 519216902 | + | Email/Text: rwjebn@rwjbh.org  Dec 19 2022 20:52:00 | | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |
| 519216903 | + | Email/Text: enotifications@santanderconsumerusa.com  Dec 19 2022 20:51:00 | | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519216904 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 19 2022 20:51:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519274792 | + | Email/Text: bncmail@w-legal.com | Dec 19 2022 20:51:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519216905 | + | Email/Text: clientservices@simonsagency.com | Dec 19 2022 20:52:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216909 | + | Email/Text: clientservices@simonsagency.com | Dec 19 2022 20:52:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216919 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:19 | Syncb/hdceap, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519216918 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:09 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519216920 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:10 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519216921 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 19 2022 21:01:18 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519216922 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 19 2022 20:51:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 519216923 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 19 2022 20:51:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519273844 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 19 2022 20:51:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519216924 | ^ | MEBN | Dec 19 2022 20:47:51 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519216925 | ^ | MEBN | Dec 19 2022 20:47:03 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519216929 | + | Email/Text: EDBKNotices@ecmc.org | Dec 19 2022 20:51:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216926 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 19 2022 20:51:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519231639 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 19 2022 21:01:19 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 48

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519271037 | *+ | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216858 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216859 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216861 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216862 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216878 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216879 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216880 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216882 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216883 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216884 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216888 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |

District/off: 0312-3     User: admin     Page 4 of 4
Date Rcvd: Dec 19, 2022     Form ID: plncf13     Total Noticed: 70

| | | |
|---|---|---|
| 519216906 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216907 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216908 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216910 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216911 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216912 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216930 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216931 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216927 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519216928 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2022      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2022 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

David G. Beslow
on behalf of Debtor Marquis Quewon Dwah yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Mark Goldman
on behalf of Debtor Marquis Quewon Dwah yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6