Certificate Number: 14912-NJ-DE-038586886

Bankruptcy Case Number: 21-14197



14912-NJ-DE-038586886

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 18, 2024, at 11:29 o'clock PM EDT, Marquis Dwah completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  June 18, 2024                By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor