**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marquis Quewon Dwah<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1422<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 21–14197–MBK | |

# Order of Discharge                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marquis Quewon Dwah

7/24/24                                              **By the court:** Michael B. Kaplan
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                              Case No. 21-14197-MBK
Marquis Quewon Dwah                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 4
Date Rcvd: Jul 24, 2024         Form ID: 3180W         Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marquis Quewon Dwah, 227 Bexley Lane, Piscataway, NJ 08854-2183 |
| 519331865 | + | Canterbury at Piscataway Condominium Association, c/o Radom & Wetter, 245 Route 22 West, Suite 102, Bridgewater, NJ 08807-2560 |
| 519271036 | + | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216881 | + | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216877 | + | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216890 | + | Hackensack Meridian Health, PO Box 48028, Newark, NJ 07101-4828 |
| 519216889 | + | Hackensack Meridian Health, 343 Thornall Street, Edison, NJ 08837-2209 |
| 519216891 | + | Hackensack Meridian Urgent Care, 484 Temple Hill Road, Suite 104, New Windsor, NY 12553-5529 |
| 519216894 | + | Kessler Professional Services, P.O. Box 827832, Philadelphia, PA 19182-7832 |
| 519216893 | + | Kessler c/o, AR Resources, PO Box 1056, Blue Bell, PA 19422-0287 |
| 519216898 | | PrimeLending, Servicing Department, Dallas, TX 75252 |
| 519216901 | | Robert Wood Johnson Health Network, P.O. Box 251, South Amboy, NJ 08879-0251 |
| 519216913 | + | State of New Jersey, Division of Taxation, 50 Barrack Street, P.O. Box 269, Trenton, NJ 08602-0269 |
| 519216914 | | Summit Medical Grouip, Business Office Admin., 150 Floral Avenue, Moonachie, NJ 07074 |
| 519216917 | | Summit Medical Group, 150 Floral Avenue, New Providence, NJ 07974-1557 |
| 519216915 | + | Summit Medical Group, P.O. Box 167, Newark, NJ 07101-0167 |
| 519216916 | + | Summit Medical Group, P.O. Box 416785, Boston, MA 02241-0001 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 24 2024 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 24 2024 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519216855 | | Email/Text: customer.service@atlantichealth.org | Jul 24 2024 20:40:00 | Atlantic Health System, PO BOx 21385, New York, NY 10087-1385 |
| 519216856 | ^ | MEBN | Jul 24 2024 20:37:30 | BCA Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 519216863 | | Email/Text: BKelectronicnotices@cenlar.com | Jul 24 2024 20:40:00 | CENLAR/Central Loan, Po Box 77404, Ewing, NJ 08628 |
| 519216866 | | EDI: LCITDAUTO | Jul 25 2024 00:31:00 | Chrysler Credit Financial, P.O. Box 8065, Royal Oak, MI 48068 |
| 519216870 | | EDI: LCITDAUTO | Jul 25 2024 00:31:00 | Chrysler Financial, 400 Horsham Road, Horsham, PA 19044 |
| 519216869 | | EDI: LCITDAUTO | Jul 25 2024 00:31:00 | Chrysler Financial, Attention: Bankruptcy, P.O. Box 860, Roanoke, TX 76262 |
| 519216867 | | EDI: LCITDAUTO | Jul 25 2024 00:31:00 | Chrysler Financial, P.O. Box 9001921, Louisville, KY 40290 |

Case 21-14197-MBK    Doc 82    Filed 07/26/24    Entered 07/27/24 00:18:18    Desc Imaged
                            Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | | | | |
|---|---|---|---|---|
| 519216857 | + | EDI: CAPITALONE.COM | Jul 25 2024 00:31:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216860 | + | EDI: CAPITALONE.COM | Jul 25 2024 00:31:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519244883 | + | EDI: AIS.COM | Jul 25 2024 00:31:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519216864 | ^ | MEBN | Jul 24 2024 20:38:30 | Chrysler Capital, PO Box 660647, Dallas, TX 75266-0647 |
| 519216865 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2024 20:40:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 519216868 | + | EDI: LCITDAUTO | Jul 25 2024 00:31:00 | Chrysler Financial, P.O. Box 9218, Farmington Hills, MI 48333-9218 |
| 519216872 | | EDI: DISCOVER | Jul 25 2024 00:31:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 519222910 | | EDI: DISCOVER | Jul 25 2024 00:31:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519216871 | + | EDI: DISCOVER | Jul 25 2024 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519216873 | | Email/Text: bankruptcycourts@equifax.com | Jul 24 2024 20:40:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 519216874 | | Email/Text: bankruptcycourts@equifax.com | Jul 24 2024 20:40:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 519216875 | ^ | MEBN | Jul 24 2024 20:37:24 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 519216876 | ^ | MEBN | Jul 24 2024 20:36:52 | Experian, P.O. Box 4500, Allen, TX 75013-1311 |
| 519263951 | | Email/Text: cashiering-administrationservices@flagstar.com | Jul 24 2024 20:40:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 519216885 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 24 2024 20:40:00 | Flagstar Bank, Attn: Bankruptcy, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216886 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jul 24 2024 20:40:00 | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519216887 | + | Email/Text: EBNBKNOT@ford.com | Jul 24 2024 20:40:00 | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519216892 | | EDI: IRS.COM | Jul 25 2024 00:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519216895 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Jul 24 2024 20:40:00 | Kessler Professional Services, 300 Market Street, Saddle Brook, NJ 07663-5318 |
| 519216896 | + | Email/Text: SM-Rehab-Bankruptcies@selectmedical.com | Jul 24 2024 20:40:00 | Kessler Rehabilitation Hospital, P.O. Box 827914, Philadelphia, PA 19182-7914 |
| 519254303 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 24 2024 21:04:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519216897 | ^ | MEBN | Jul 24 2024 20:38:11 | PrimeLending, Attn: Bankruptcy, 18111 Preston Rd, Ste 900, Dallas, TX 75252-6601 |
| 519216899 | + | Email/Text: rwjebn@rwjbh.org | Jul 24 2024 20:40:00 | Robert Wood Johnson, 1 Robertwood Johnson Place, P.O. Box 2501, New Brunswick, NJ 08901-1966 |
| 519216900 | + | Email/Text: rwjebn@rwjbh.org | Jul 24 2024 20:40:00 | Robert Wood Johnson, 379 Campus Drive, 2nd Floor, Somerset, NJ 08873-1161 |
| 519216902 | + | Email/Text: rwjebn@rwjbh.org | Jul 24 2024 20:40:00 | Robert Wood Johnson University Hospital, One Robert Wood Johnson Place, New Brunswick, NJ 08901-1966 |

Case 21-14197-MBK    Doc 82    Filed 07/26/24    Entered 07/27/24 00:18:18    Desc Imaged
                           Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 3180W | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519216903 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2024 20:40:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 519216904 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 24 2024 20:40:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 519274792 | + | Email/Text: bncmail@w-legal.com | Jul 24 2024 20:40:00 | Select Medical, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519216905 | + | Email/Text: clientservices@simonsagency.com | Jul 24 2024 20:40:00 | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216909 | + | Email/Text: clientservices@simonsagency.com | Jul 24 2024 20:40:00 | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216919 | + | EDI: SYNC | Jul 25 2024 00:31:00 | Syncb/hdceap, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519216918 | + | EDI: SYNC | Jul 25 2024 00:31:00 | Syncb/hdceap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519216920 | + | EDI: SYNC | Jul 25 2024 00:31:00 | Synchrony Bank/PC Richards & Sons, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519216921 | + | EDI: SYNC | Jul 25 2024 00:31:00 | Synchrony Bank/PC Richards & Sons, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 519216923 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 24 2024 20:40:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 519216922 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 24 2024 20:40:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 519273844 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 24 2024 20:39:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519216924 | ^ | MEBN | Jul 24 2024 20:37:03 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 519216925 | ^ | MEBN | Jul 24 2024 20:37:06 | TransUnion LLC, 2 Baldwin Place, PO Box 1000, Chester, PA 19016-1000 |
| 519216929 | + | Email/Text: EDBKNotices@ecmc.org | Jul 24 2024 20:39:00 | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216926 | + | Email/Text: ECMCBKNotices@ecmc.org | Jul 24 2024 20:40:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519231639 | | EDI: WFFC2 | Jul 25 2024 00:31:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519216932 | + | EDI: WFFC2 | Jul 25 2024 00:31:00 | Wells Fargo/Furniture Marketing Group, Attn: Bankruptcy, Po Box 10438 Mac F8235-02f, Des Moines, IA 50306-0438 |
| 519216933 | + | EDI: WFFC2 | Jul 25 2024 00:31:00 | Wells Fargo/Furniture Marketing Group, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 53

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Flagstar Bank, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519271037 | *+ | Canterbury at Piscataway, C.A., c/o Towne & Country Management, 711 Sycamore Avenue, Red Bank, NJ 07701-4921 |
| 519216858 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519216859 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 24, 2024 | Form ID: 3180W | Total Noticed: 70 |

| | | |
|---|---|---|
| 519216861 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216862 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519216878 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216879 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216880 | *+ | Fedloan, Attn: Bankruptcy, Po Box 69184, Harrisburg, PA 17106-9184 |
| 519216882 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216883 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216884 | *+ | Fedloan, Pob 60610, Harrisburg, PA 17106-0610 |
| 519216888 | *+ | Ford Motor Credit Comp, Pob 542000, Omaha, NE 68154-8000 |
| 519216906 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216907 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216908 | *+ | Simon's Agency, Inc., Attn: Bankruptcy, Po Box 5026, Syracuse, NY 13220-5026 |
| 519216910 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216911 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216912 | *+ | Simon's Agency, Inc., 4963 Wintersweet Dr, Liverpool, NY 13088-2176 |
| 519216930 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216931 | *+ | U.S. Department of Education, Po Box 5609, Greenville, TX 75403-5609 |
| 519216927 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519216928 | *+ | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:

**Name**    **Email Address**

Albert Russo
on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
docs@russotrustee.com

David G. Beslow
on behalf of Debtor Marquis Quewon Dwah yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net

Denise E. Carlon
on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Mark Goldman
on behalf of Debtor Marquis Quewon Dwah yrodriguez@goldmanlaw.org
yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6